UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 17-cv-02383-VC<br><br>**ORDER REQUIRING REFILING OF OPPOSITION TO REMAND**<br><br>Re: Dkt. No. 12 |

Bank of America is required to refile its opposition brief within the page limit in the Court's standing order by June 6, 2017. No new content may be included.

**IT IS SO ORDERED.**

Dated: June 5, 2017

VINCE CHHABRIA
United States District Judge